## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **TOUGH BAGS, LLC**<br>Plaintiff,<br><br>v.<br><br>**SURPLUS LINK 1, LLC** (d/b/a Ram Insulation, Inc.; d/b/a Ram Insulation Vacuum Bags; d/b/a Rhino Insulation Vacuum Bags) and **BARRY DUFAULT** (a/k/a Chris Dufault).<br><br>Defendants. | Civil Action No. 1:24-cv-00918-TWT<br><br><br><br><br><br>**Jury Trial Demanded** |

### LOCAL RULE, ND Ga 5.4(A) CERTIFICATE OF SERVICE

Pursuant to LR, ND Ga 5.4(A), I hereby certify that on June 17, 2024, I served the within and foregoing **DEFENDANTS INITIAL DISCLOSURES** by electronic mail to the following attorneys of record:

Richard Uberto
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500 Atlanta, GA 30309 Telephone: (404) 815-1900
Email: richard.uberto@leehayes.com

Ryan P. Gentes
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com

Samuel S. Woodhouse
The Woodhouse Law Firm, LLC
260 Peachtree Street, NW, Suite 1402
Atlanta, Georgia 30303
Telephone: (404) 214-7200
Email: swoodhouse@woodhouselawfirm.com

Wendy B. Mills
WB Mills, PLLC
2626 Cole Ave., Suite 300
Dallas, Texas 75204
Telephone: (214) 969-5995
Email: wbm@wbmillslaw.com

/s/ Luke Anderson
Luke Anderson
(GA Bar No. 018330)

14