# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TOUGH BAGS, LLC** § | |
| § | |
| *Plaintiff*, § | |
| § | **CASE NO: 1:24-cv-00918-TWT** |
| v. § | |
| § | |
| **SURPLUS LINK 1, LLC, a Georgia** § | **JURY TRIAL DEMANDED** |
| **Limited Liability Company d/b/a** § | |
| **RAM INSULATION, INC., d/b/a** § | |
| **RAM INSULATION VACUUM** § | |
| **BAGS, d/b/a RHINO** § | |
| **INSULATION VACUUM BAGS** § | |
| **and BARRY DUFAULT a/k/a** § | |
| **CHRIS DUFAULT** § | |
| § | |
| *Defendants*. § | |

## L.R. 5.4(A) CERTIFICATE OF SERVICE

Pursuant to L.R. 5.4(A), I hereby certify that on June 17, 2024, a true and correct copy of Plaintiff's Initial Disclosures were served by electronic mail to the following attorneys of record:

Luke Anderson (GA Bar No. 018330)
**ADVANCED TECHNOLOGY LAW**
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338-7702
Phone: 404-991-2241
Facsimile: 404-935-0927
Email: landerson@advtechlaw.com
*Attorneys for Defendants*

Timothy J. Maier
Sid V. Pandit
**MAIER & MAIER PLLC**
345 South Patrick Street
Alexandria, VA 22314
Phone: 703-740-8322
Email: tjm@maierandmaier.com
         svp@maierandmaier.com

Respectfully submitted this 17th day of June, 2024.

/s/ *Ryan P. Gentes*
Wendy B. Mills (*Admitted Pro Hac Vice*)
Texas Bar No. 24032861
WB Mills, PLLC
2626 Cole Ave., Ste. 300
Dallas, TX 75204
Telephone: (214) 969-5995
Email: wbm@wbmillslaw.com

Samuel S. Woodhouse
GA Bar No. 755070
The Woodhouse Law Firm, LLC
260 Peachtree St. NW, Ste. 1402
Atlanta, GA 30303
Telephone: (404) 214-7200
Email: swoodhouse@woodhouselawfirm.com

Ryan P. Gentes
GA Bar No. 421695
Richard Uberto
GA Bar No. 605449
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com
Email: richard.uberto@leehayes.com

*Attorneys for Plaintiff Tough Bags, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

/s/ *Ryan P. Gentes*
Ryan P. Gentes (GA Bar No. 421695)
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com

*Attorney for Plaintiff Tough Bags, LLC*